**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

        Plaintiff,

v.                                    Case No: 6:20-cv-1048-Orl-78EJK

BOARDWALK AT DAYTONA
DEVELOPMENT LLC and CHRISTINA
& DINO INC.,

        Defendants.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal With Prejudice as to Defendant Boardwalk at Daytona Development Inc. (Doc. 14 at 1). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate Boardwalk at Daytona Development LLC as a Defendant in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on July 14, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record